# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER S.A., FERRING B.V., and POLYPEPTIDE LABORATORIES A/S,<br><br>Plaintiffs,<br><br>v.<br><br>JIANGSU HANSOH PHARMACEUTICAL GROUP CO., LTD.,<br><br>Defendant. | C.A. No. 1:22-cv-01474 (MN) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of *Plaintiffs' Third Set of Interrogatories (Nos. 14-21)* and *Plaintiffs' Third Set of Requests for the Production of Documents and Things (Nos. 41-80)* was served on July 19, 2024 upon the following attorneys of record via electronic mail:

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 504-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Andrew A. Miller
H. Howard Wang
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms, Suite 100
Madison, NJ 07940
(973) 966-3238
amiller@windelsmarx.com
hwang@windelsmarx.com

Jason A. Lief
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
jlief@windelsmarx.com

Dated: July 19, 2024

*Of Counsel:*

Joshua P. Davis
WOMBLE BOND DICKINSON (US), LLP
811 Main Street
Suite 3130
Houston, TX 77002
Telephone: (346) 998-7801
Joshua.P.Davis@wbd-us.com

John B. Bourke
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
(415) 765-6267
Ben.Bourke@wbd-us.com

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Mary.Bourke@wbd-us.com
Dana.Severance@wbd-us.com

*Counsel for Plaintiffs*