# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER S.A., FERRING B.V., and POLYPEPTIDE LABORATORIES A/S,<br><br>Plaintiffs,<br><br>v.<br><br>JIANGSU HANSOH PHARMACEUTICAL GROUP CO., LTD.,<br><br>Defendant. | C.A. No. 22-1474-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 7, 2024, Defendant Jiangsu Hansoh Pharmaceutical Group Co., Ltd. served their (1) Reponses and Objections to Plaintiffs' Third Set of Requests for Production of Documents and Things (Nos. 41-80); and (2) Reponses and Objections to Plaintiffs' Third Set of Interrogatories (Nos. 14-21) on the following counsel for Plaintiffs via email:

Mary W. Bourke
Dana K. Severance
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Mary.Bourke@wbd-us.com
Dana.Severance@wbd-us.com

Ben Bourke
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA US 94111
Ben.Bourke@wbd-us.com

Joshua P. Davis
WOMBLE BOND DICKINSON (US) LLP
717 Texas Avenue, Suite 2100
Houston, TX 77002
Joshua.P.Davis@wbd-us.com

Kimberlynn R. Seifert
WOMBLE BOND DICKINSON (US) LLP
2001 K Street, NW, Suite 400 South
Washington, D.C. 20006
Kimberlynn.Seifert@wbd-us.com

Dated: October 7, 2024

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Jiangsu Hansoh Pharmaceutical Group Co., Ltd.*