# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER S.A., FERRING B.V., and POLYPEPTIDE LABORATORIES A/S, <br><br>Plaintiffs,<br><br>v.<br><br>JIANGSU HANSOH PHARMACEUTICAL GROUP CO., LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 1:22-cv-01474 (MN)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

WHEREAS Plaintiffs Ferring Pharmaceuticals, Inc., Ferring International Center S.A., Ferring B.V., and Polypeptide Laboratories A/S (collectively "Ferring") and Jiangsu Hansoh Pharmaceutical Group Co., Ltd. ("Hansoh"), have agreed to terms and conditions for a settlement of this action and have set forth those terms and conditions in a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record:

1. This action, including all claims, counterclaims, and affirmative defenses, is voluntarily dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This Court retains jurisdiction to enforce the settlement agreement and this Order; and

3. Each party shall bear its own attorneys' fees and costs.

Dated: November 12, 2024                                Respectfully submitted,

| | |
|---|---|
| */s/ Mary W. Bourke* | */s/ Daniel A. Taylor* |
| WOMBLE BOND DICKINSON (US) LLP | SMITH KATZENSTEIN JENKINS LLP |
| Mary W. Bourke (#2356) | Neal C. Belgam (#2721) |
| Dana K. Severance (#4869) | Daniel A. Taylor (#6934) |
| 1313 North Market Street, Suite 1200 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 252-4320 | (302) 504-8400 |
| | |
| *Of Counsel:* | *Of Counsel:* |
| | |
| Joshua P. Davis | Howard Wang |
| Kimberlynn R. Seifert | Andrew Miller |
| 717 Texas Avenue | WINDELS MARX LANE & |
| Suite 2100 | MITTENDORF, LLP |
| Houston, TX 77002 | One Giralda Farms |
| (346) 998-7810 | Madison, NJ 07940 |
| | (973) 966-3200 |
| John B. Bourke | hwang@windelsmarx.com |
| 50 California Street, Suite 2750 | amiller@windelsmarx.com |
| San Francisco, CA 94111 | |
| (415) 765-6267 | Jason A. Lief |
| | WINDELS MARX LANE & |
| *Attorneys for Plaintiffs* | MITTENDORF, LLP |
| *Ferring Pharmaceuticals Inc., Ferring* | 156 West 56th Street |
| *International Center S.A., Ferring B.V., and* | New York, N.Y. 10019 |
| *Polypeptide Laboratories A/S* | (212) 237-1061 |
| | jlief@windelsmarx.com |
| | |
| | *Attorneys for Defendant Jiangsu Hansoh* |
| | *Pharmaceuticals Group Co., Ltd.* |

SO ORDERED this _____ day of _____, 2024.

_____
THE HONORABLE MARYELLEN NOREIKA