# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER S.A., FERRING B.V., and POLYPEPTIDE LABORATORIES A/S, <br><br> Plaintiffs, <br><br> v. <br><br> JIANGSU HANSOH PHARMACEUTICAL GROUP CO., LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 1:22-cv-01474 (MN) |

## STIPULATION OF DISMISSAL

WHEREAS Plaintiffs Ferring Pharmaceuticals, Inc., Ferring International Center S.A., Ferring B.V., and Polypeptide Laboratories A/S (collectively "Ferring") and Jiangsu Hansoh Pharmaceutical Group Co., Ltd. ("Hansoh"), have agreed to terms and conditions for a settlement of this action and have set forth those terms and conditions in a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record:

1. This action, including all claims, counterclaims, and affirmative defenses, is voluntarily dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This Court retains jurisdiction to enforce the settlement agreement and this Order; and

3. Each party shall bear its own attorneys' fees and costs.

Dated: November 12, 2024                              Respectfully submitted,

/s/ *Mary W. Bourke*                                          /s/ *Daniel A. Taylor*
WOMBLE BOND DICKINSON (US) LLP               SMITH KATZENSTEIN JENKINS LLP
Mary W. Bourke (#2356)                                Neal C. Belgam (#2721)
Dana K. Severance (#4869)                            Daniel A. Taylor (#6934)
1313 North Market Street, Suite 1200               1000 West Street, Suite 1501
Wilmington, DE 19801                                   Wilmington, DE 19801
(302) 252-4320                                         (302) 504-8400

*Of Counsel:*                                             *Of Counsel:*

Joshua P. Davis                                         Howard Wang
Kimberlynn R. Seifert                                  Andrew Miller
717 Texas Avenue                                      WINDELS MARX LANE &
Suite 2100                                             MITTENDORF, LLP
Houston, TX 77002                                      One Giralda Farms
(346) 998-7810                                         Madison, NJ 07940
                                                       (973) 966-3200
John B. Bourke                                         hwang@windelsmarx.com
50 California Street, Suite 2750                       amiller@windelsmarx.com
San Francisco, CA 94111
(415) 765-6267                                         Jason A. Lief
                                                       WINDELS MARX LANE &
*Attorneys for Plaintiffs*                              MITTENDORF, LLP
*Ferring Pharmaceuticals Inc., Ferring*                 156 West 56th Street
*International Center S.A., Ferring B.V., and*          New York, N.Y. 10019
*Polypeptide Laboratories A/S*                          (212) 237-1061
                                                       jlief@windelsmarx.com

                                                       *Attorneys for Defendant Jiangsu Hansoh*
                                                       *Pharmaceuticals Group Co., Ltd.*

SO ORDERED this 12th day of November 2024.

_____
The Honorable Maryellen Noreika
United States District Judge